

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00205-CV

**FOUNTAINS INTERNATIONAL GROUP, INC.**,
Appellant

v.

**SUMMIT OAK DEVELOPMENT, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-09146
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The Appellant's Amended Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on August 9, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court